UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 3:08-218

| | |
|---|---|
| NICOLE PROBST<br><br>　　　　Plaintiff,<br>v.<br><br>UNITED COLLECTION BUREAU, INC.<br><br>　　　　Defendants. | **STIPULATION OF DISMISSAL**<br><br><br>JUDGE KIM R. GIBSON<br>JURY TRIAL DEMANDED |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

| | |
|---|---|
| Dated:  January 5, 2010 | Respectfully Submitted<br><br>By:  **s/Jeffrey L. Suher**<br>Jeffrey L. Suher, Esquire<br>4328 Old William Penn Highway, Suite 2J<br>Monroeville PA 15146<br>412-374-9005<br>lawfirm@jeffcanhelp.com<br>Counsel for Plaintiff |
| Dated:  January 5, 2010 | /s/Robert J. Hannen<br>Robert J. Hannen, Esquire<br><br>/s/Mackenzie Baird, Esquire<br>Mackenzie Baird, Esquire<br>Thorp Reed & Armstrong, LLP<br>One Oxford Centre, 14th Floor<br>Pittsburgh PA 15219<br>(412) 394-7711　　　(412) 394-2555 (fax) |